Ryan Baker (Bar No. 214036)
  *rbaker@bakermarquart.com*
Scott M. Malzahn (Bar No. 229204)
  *smalzahn@bakermarquart.com*
Kelly M. Raney (Bar No. 288104)
  *kraney@bakermarquart.com*
Baker Marquart, LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Plaintiffs Hologram USA, Inc. MDH Hologram Limited, and Uwe Maass*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| HOLOGRAM USA, INC., a Delaware corporation; MDH HOLOGRAM LIMITED, a corporation organized under the laws of the United Kingdom; and UWE MAASS, an individual,<br><br>                Plaintiffs,<br><br>        vs.<br><br>TWENTIETH CENTURY FOX CORPORATION, a Delaware corporation; GRACIE FILMS, a California corporation; and DOES 1 through 10,<br><br>                Defendants. | Case No. CV14-09340 SJO (AJWx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Filed concurrently with [Proposed] Order]**<br><br>Hon. S. James Otero<br><br>Complaint filed August 14, 2014 |

# JOINT STIPULATION

Plaintiffs and Counterdefendants Hologram USA, Inc., MDH Hologram Limited (formerly Musion Das Hologram Limited) and Uwe Maass (collectively, "Plaintiffs"), and Defendants and Counterclaimants Twentieth Century Fox Film Corporation and Gracie Films (collectively, "Defendants"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a) and (c), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. Plaintiffs and Defendants respectfully request that the Court dismiss all of the claims, defenses, and counterclaims in Case No. CV14-09340-SJO with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

2. Each Party will bear its own costs and attorneys' fees.

Dated: March 2, 2015

BAKER MARQUART LLP

By: /s/ Ryan G. Baker
Ryan G. Baker

Attorneys for Plaintiffs Hologram USA, Inc., MDH Hologram Limited and Uwe Maass

Dated: March 2, 2015

BRYAN CAVE LLP

By: /s/ Adam Brezine
Adam Brezine

Attorneys for Defendants Twentieth Century Fox Film Corporation and Gracie Films

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the other
2  signatories listed, and on whose behalf this document is filed, concur in the
3  document's content and have authorized its filing on their behalf.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

JOINT STIPULATION TO DISMISS